**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

———————————

No. 97-1664WM

———————————

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Western |
| v. | * | District of Missouri. |
| | * | |
| Michael Dean Warren, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

———————————

Submitted: November 18, 1997
Filed: November 26, 1997

———————————

Before FAGG, WOLLMAN, and HANSEN, Circuit Judges.

———————————

PER CURIAM.

Michael Dean Warren pleaded guilty to being a felon in possession of a firearm. On appeal, Warren contends the district court improperly rejected his request for a downward departure. Warren also complains the government failed to comply with the plea agreement. We reject Warren's arguments. After a careful review of the record, we conclude the district court correctly resolved Warren's claims, and an opinion by this court would have no precedential value. We thus affirm Warren's conviction and sentence. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.